# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>CLEANING UP, LLC and ESMERALDA PINEDA,<br><br>        Defendants. | Case No. 2:22-cv-02348-JAR-GEB |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby dismiss this action with prejudice.

WALLACE SAUNDERS, CHTD.

BY: /s/ Angela M. Clark
Angela M. Clark    KS #21141
John L. Kellogg    KS #18613
10111 W. 87th Street
Overland Park, Kansas 66212
(913) 888-1000    FAX (913) 888-1065
aclark@wallacesaunders.com
jkellogg@wallacesaunders.com

ATTORNEYS FOR PLAINTIFFS

102341189.v1